IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| V. | § § | CR. No. C-01-259 (2) |
| | § | C.A. No. C-07-331 |
| GRACIELLA ARTEAGA, | § § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court enters final judgment dismissing for lack of jurisdiction defendant Graciella Arteaga's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 6th day of August, 2007.

_____
Janis Graham Jack
United States District Judge